UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

JULIO & SONS COMPANY,

    Plaintiff,

v.

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

    Defendant.

------------------------------------------------X

08 CV 03001 (RJH) (DCF)

Civ. ECF CASE

RULE 7.1 STATEMENT

RECEIVED MAR 24 2008 U.S.D.C. S.D N.Y. CASHIERS

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Julio & Sons Company (a private, non-governmental party) certifies that the Plaintiff's parent company is Julio Investors LLC and that no publicly held corporation owns more than 10% of Plaintiff's stock.

New York, New York
Dated: March 24, 2008

Respectfully submitted,

**PATTON BOGGS LLP**

By: _____
Philip M. Smith (PS 8132)
1185 Avenue of the Americas
30th Floor
New York, New York 10036
(646) 557-5100 Telephone
(646) 557-5101 Facsimile

– and –

John W. Schryber (JS 7881)
2550 M Street, N.W.
Washington, D.C. 20037
(202) 457-6000 Telephone
(202) 457-6315 Facsimile

*Attorneys for Plaintiff Julio & Sons Company*

<u>Of Counsel</u>
Joseph M. Cox
Shannon W. Conway
Patton Boggs LLP
2001 Ross Avenue, Suite 3000
Dallas, Texas 75201
(214) 758-1500 Telephone
(214) 758-1550 Facsimile