**UNITED STATES DISTRICT COURT**
**Southern District of New York**



**103800**

**AFFIDAVIT OF SERVICE**

Index no : **08 CV 03001 (RJH)(DCF)**
Date Index Number Purchased: **03/24/2008**

| Plaintiff(s): | **Julio & Sons Company** |
|---|---|
| Defendant(s): | **Travelers Casualty & Surety Company of America** |

STATE OF CONNECTICUT
HARTFORD COUNTY    .    ss.:

**Christine Foran**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of Connecticut.

On **03/27/2008** at **1:48 PM**, I served the within **Summons In a Civil Action and Complaint with Exhibits and Rule 7.1 Statement and 3rd Amended Instructions for Filing an Electronic Case or Appeal and Individual Practices of Judge Richard J. Howell** on **Travelers Casualty and Surety Company of America** at **One Tower Square, Hartford, CT 06183** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Meridith A. Bryant, Senior Paralegal** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Travelers Casualty and Surety Company of America**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Black | Black | 36 | 5'4" | 140 |
| Other Features: **Glasses** | | | | | |

Sworn to and subscribed before me on
_March_ _____ **31** _, 20_**08**_
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: **8/31/2008**

X _____
Christine Foran
Connecticut Process Serving, LLC
9 Beaumont Street
East Hartford, CT 06108
888.528.2920
Atty File#:





**Meridith A. Bryant**
*Senior Paralegal*

The Travelers Companies, Inc.
One Tower Square
Hartford, CT 06183
860.277.2807 TEL
800.856.0963 FAX

mabryant@travelers.com
travelers.com