```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/08
```

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JULIO & SONS COMPANY,

      Plaintiff,

  - against -

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

      Defendant.
-----------------------------------------------------------x

Case No. 08 CV 03001(RJH)

**STIPULATION**
**EXTENDING TIME**

It is hereby stipulated, by and between the undersigned counsel, that:

1.  The time for defendant Travelers Casualty and Surety Company of America to answer, move or otherwise respond to plaintiff's complaint in the above-captioned matter is extended to and including Friday May 9, 2008.

Dated: New York, New York
April 15, 2008

2. *[handwritten]* Pretrial conf. to be held on 6/19/08 at 10:30 a.m.

PATTON BOGGS LLP

By: _____
 Philip M. Smith (PS-8132)
1185 Avenue of the Americas
New York, New York 10036

Attorneys for Plaintiff

BOUNDAS, SKARZYNSKI, WALSH &
BLACK, LLC

By: _____ */w/ perm*
 James Sandnes (JS-8944)
One Battery Park Plaza
New York, New York 10004
(212) 820-7700

Attorneys for Defendant

SO ORDERED:

_____
United States District Judge

4/20/08