James Sandnes (JS-8944)
Evan Shapiro (ES-6650)
Boundas, Skarzynski, Walsh & Black, LLC
1 Battery Park Plaza
New York, New York 10004
(212) 820-7700

Attorneys for Defendant Travelers Casualty and Surety
 Company of America

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIO & SONS COMPANY , <br><br>                                  Plaintiffs, <br><br> -against- <br><br> TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA , <br><br>                                  Defendant. | 08 CV 03001(RJH)(DCF) <br><br> **RULE 7.1 STATEMENT OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA** |

Pursuant to Federal Rule of Civil Procedure 7.1and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Travelers Casualty and Surety Company of America (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Travelers Casualty and Surety Company of America is 100% owned by Travelers Casualty and Surety Company, which is 100% owned by Travelers Insurance Group Holdings Inc., which is 100% owned by Travelers Property Casualty

Corp., which is 100% owned by The Travelers Companies, Inc.  The Travelers Companies, Inc. is the only publicly held company in the corporate family.

Dated: New York, New York
      May 9, 2008

                BOUNDAS, SKARZYNSKI, WALSH & BLACK, LLC

By:    /s Evan Shapiro
      Jim Sandnes  (JS-8944)
      Evan Shapiro  (ES-6650)
One Battery Park Plaza
New York, New York 10004
(212) 820-7700

Attorneys for Defendant
Travelers Casualty and Surety Co. of America