UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIO & SONS COMPANY,

    Plaintiff,    :  No. 2008 CIV. 03001 (RJH)

-against-       :  **ORDER FOR ADMISSION OF**
               **JOSEPH M. COX PRO HAC VICE**
TRAVELERS CASUALTY AND   **ON WRITTEN MOTION**
SURETY COMPANY OF AMERICA,

    Defendant.

---

Upon the Motion of Philip M. Smith, attorney for Defendant and said sponsor attorney's declaration in support;

IT IS HEREBY ORDERED that

> Joseph M. Cox
> PATTON BOGGS LLP
> 2001 Ross Avenue
> Suite 3000
> Dallas, Texas 75201
> Telephone: (214) 758-1500
> Facsimile: (214) 758-1550
> jcox@pattonboggs.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08
```

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

DATED: May 15, 2008
New York, New York:

                By: _____
                United States District Court Judge

472828