UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| JULIO & SONS COMPANY, | x | |
| Plaintiff, | x | |
|  | x | 08 Civ. 03001 |
| v. | x | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | x | |
| Defendant. | x | |

## DECLARATION OF ROBERT V. GLASER

Robert V. Glaser, of full age, hereby declares as follows:

1. I am a member of the Board of Directors of Plaintiff Julio & Sons Company. I hereby submit this Declaration in support of Plaintiff Julio & Sons Company's ("Julio & Sons") Motion for Preliminary Injunction (the "Motion").

2. I was elected to the Board of Directors of Julio & Sons on or before February 15, 2007.

3. Since the inception of the suit filed against Julio & Sons and me, among other defendants, in *Restaurant and Retail Growth Capital, LP v. MapleWood Partners, L.P., et al.*, originally filed in the District Court of Dallas County, Texas on February 15, 2007, Julio & Sons has been paying the defense costs incurred by both Julio & Sons and me in defending against the claims asserted in that suit.

483665                                                       1

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Robert V. Glaser

Executed on this 17th day of July 2008.

483665

2