AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

## APPEARANCE

Case Number: 08 CV 03001 (RJH) (DCF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/18/2008 | *[signature]* |
| Date | Signature |
| | James Sandnes — JS-8944 |
| | Print Name — Bar Number |
| | One Battery Park Plaza - 32nd Fl. |
| | Address |
| | New York — New York — 10004 |
| | City — State — Zip Code |
| | (212) 820-7700 — (212) 820-7740 |
| | Phone Number — Fax Number |