**BSWB**
ATTORNEYS AT LAW

CHICAGO
LONDON
NEW YORK
PRINCETON

Boundas, Skarzynski, Walsh & Black, LLC
One Battery Park Plaza 32nd Floor New York, New York 10004
Phone: 212.820.7700 Fax: 212.820.7740 Web: www.bswb.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

Evan Shapiro, Esq.
Direct Dial: (212) 820-7712
eshapiro@bswb.com

August 14, 2008


RECEIVED
AUG 1 4 2008
CHAMBERS OF
RICHARD J. HOLWELL

**BY FACSIMILE**
The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Julio & Sons Co. v. Travelers Casualty and Surety Co. of America*
         Case No.:    1:08-cv-03001-RJH

Dear Judge Holwell:

    This firm represents defendant Travelers Casualty and Surety Company of America ("Travelers") in the above-referenced matter. This letter is to request a short extension of Travelers' time to respond to Plaintiff's pending motion for a preliminary injunction. This is Traveler's first request for an extension of time relating to this motion and Plaintiff's counsel has agreed to the extension on the condition of a similar extension of time for their Reply.

    Per the party's agreement, the extensions are as follows:

    Travelers' Opposition:    due August 15, 2008, extended to August 19, 2008

    Julio's Reply:    due September 3, 2008, extended to September 8, 2008.

    The parties do not request an adjournment of the hearing date, currently set for September 19, 2008.

    We respectfully requests that Your Honor "So Order" this letter to confirm the parties' agreement to these dates,

So ORDERED
[signature]
USDJ
8/4o/o8

Respectfully submitted,

[signature]
Evan Shapiro

cc: Via Facsimile
Shannon P. Conway, Esq.
Patton Boggs LLP
Counsel to Plaintiff Julio & Sons Co.