```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JULIO & SONS,
               Plaintiff,

      - against -                          08 Civ. 03001 (RJH)

TRAVELERS CASUALTY and
COMPANY OF AMERICA
               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       The oral argument scheduled for November 06, 2009 is rescheduled to November 12, 2009 at 4:30 p.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
October 27, 2009
SO ORDERED:

                                                          Richard J. Holwell
                                                          United States District Judge